IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 SEP 23 PM 12: 05

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR114 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JONATHAN MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Document Number 93), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment against Jonathan Martinez.

IT IS ORDERED that the Motion to Dismiss the Indictment against defendant Jonathan Martinez (Document Number 93) is granted.

Dated this 23rd day of September, 2013.

BY THE COURT:

_____
LAURIE SMITH CAMP
Chief United States District Judge